United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No. **19-4154** |
| v. | : | Hon. Michael A. Hammer |
| WILLIAM GREEN | : | **SEALING ORDER** |

To: The United States Marshal
and any Authorized United States Officer

This matter having been brought before the Court upon application of Craig Carpenito, the United States Attorney for the District of New Jersey (Anthony P. Torntore, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date, and for good cause shown,

IT IS on this 28th day of February, 2019,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendant, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

_____
Honorable Michael A. Hammer
United States Magistrate Judge