# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*<br>v.<br>**WILLIAM GREEN**<br>*Defendant* | MAGISTRATE JUDGE: Michael A. Hammer<br>CASE NO. 19-4154<br>DATE OF PROCEEDINGS: 3/1/2019<br><br>DATE OF ARREST: 3/1/2019 |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [x] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $100,000
- [x] UNSECURED BOND
- [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: Tony Torntore
DEFT. COUNSEL: Robert Stahl
PROBATION: _____
INTERPRETER _____
Language: _____

TIME COMMENCED: 4:01
TIME TERMINATED: 4:07
CD NO: ECR

J. Baker
DEPUTY CLERK