AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ▼

United States )
*Plaintiff* )
v. )   Case No.   19-MJ-4154
William Green )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Green

Date: 03/01/2019

_____
*Attorney's signature*

Robert G. Stahl, 026311989
*Printed name and bar number*
Law Offices of Robert G. Stahl, LLC
220 Saint Paul Street,
Westfield, New Jersey 07090

*Address*

Rstahl@stahlesq.com
*E-mail address*

(908) 301-9001
*Telephone number*

(908) 301-9008
*FAX number*