# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | Crim. No. 19-525 (KM) |
| v. | Mag. No. 19-4154 |
| **WILLIAM GREEN,** | **ORDER** |
| Defendant. |  |

IT APPEARING that the defendant, William Green, was released pending disposition of a criminal case pursuant to an unsecured appearance bond in the amount of $100,000 (*see* 19 mj 4154 docket entry 4); and

IT FURTHER APPEARING that the matter was subsequently indicted under Crim. No. 19-525; and

IT FURTHER APPEARING that the defendant pled guilty and final judgment was entered on December 8, 2021 (19cr525 docket entry 58); and

IT FURTHER APPEARING that the criminal file is closed, that the sentence was a noncustodial one, and that security for the defendant's appearance is no longer required; and

IT FURTHER APPEARING that the unsecured appearance bond continues to appear as a lien on premises owned by Mr. Green at 25 Jean Marie Court, Wall, NJ 08724;

IT IS this 5th day of October, 2022,

**ORDERED** that the unsecured appearance bond be marked satisfied and that the lien be released.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**